# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-3369

_____

Kendra Katrise Deshazer

*Plaintiff - Appellant*

v.

City of Paragould, Arkansas; William Shaw, Director, Greene County Jail

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Jonesboro

_____

Submitted: April 16, 2015
Filed: April 24, 2015
[Unpublished]

_____

Before LOKEN, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Kendra Deshazer appeals after the District Court[1] dismissed her pro se 42 U.S.C. § 1983 complaint as time-barred. Upon careful de novo review, we agree with

_____

[1]The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.

the District Court's decision.  See Levy v. Ohl, 477 F.3d 988, 991 (8th Cir. 2007) (standard of review).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____